LAW OFFICES

# ARTHUR J. SEMETIS, P.C.

286 MADISON AVENUE
Suite 1801
NEW YORK, NY 10017

_____

(212) 557-5055 (Office)
(646) 632-4585 (Direct)
(212) 557-5051 (Fax)


SHANNON P. GALLAGHER
E-mail: sgallagher@semetislaw.com

February 27, 2020

**VIA ECF AND E-MAIL**
Hon. Katherine P. Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007


>     Re:    **Sanchez v. Allwood Construction Inc., et al.**
>            **Case No.: 1:19-cv-10998 (KPF) (GWG)**

Dear Judge Failla:

We represent Defendants, Gotham Drywall Inc and John Fitzpatrick (collectively, "Gotham Defendants") in the captioned matter. This action seeks relief for overtime wages and related damages under Fair Labor Standards Act and the N.Y. Labor Law.

This morning, I spoke with Plaintiffs' counsel, Jacob Aronauer, Esq., to seek consent to file a letter application for a pre-motion conference on the Gotham Defendants' motion to dismiss Plaintiffs' Complaint pursuant to F.R.C.P. Rule 12(b)(6). Mr. Aronauer informed me that he was actively engaged in settlement discussions to resolve this matter and that, as a result, he was unable to consent to the Gotham Defendants' request.

On January 24, 2020, the Gotham Defendants' moved this Court for an extension of time to respond to the Complaint. Upon granting the application, the Court set the date for the Gotham Defendants' response to February 28, 2020.

At the suggestion of Mr. Aronauer, we respectfully request an additional period of one (1) week, to March 6, 2020, to submit the letter motion seeking a pre-motion conference with

February 27, 2020

the expectation that this matter can be fully settled within that time frame thereby saving the Court's and parties' resources. This is the Gotham Defendants' second request for an extension of time.

Thank you for the Honorable Court's attention to this matter.

Very truly yours,

/s/ Shannon P. Gallagher
Shannon P. Gallagher (SPG-2157)

cc: Jacob Aronauer, Esq. (via ECF)