The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

March 3, 2020

**<u>Via ECF</u>**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: Sanchez v. Allwood Construction Inc. et al.
      19-cv-10998 (KPF)

Dear Judge Failla:

The parties have reached a settlement in principle. Plaintiff requests that the Court order the parties to provide a proposed settlement agreement pursuant to *Cheeks* by a date certain.

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer

**<u>Via ECF and E-mail</u>**
*Attorneys for Gotham Drywall Inc. and John Fitzpatrick*

**<u>Via E-mail</u>**
*Attorney for Allwood Construction Inc. and Niall Rooney*